■ (A) THOMAS BROWNELL, Respondent, v. STEVEN LADNIUK, Appellant. (B) BARBARA W. CROSS et al., Plaintiffs, v. STAR SUPER MARKETS, INC., et al., Defendants. (C) WILLIAM DE SILVA, Respondent, v. JAMES F. RYAN et al., Appellants. (D) NANCY LICATA et al., Appellants, v. WALTER BOYD, Respondent. (E) EDWIN J. NELDINGER, Respondent, v. AGNES J. SCHLITZER, Appellant. (F) CITY OF SYRACUSE, Plaintiff, v. KENNETH E. FIDLER, Defendant. (G) In the Matter of FRANK ZIOLKOWSKI, Respondent, v. BENEDICT T. HOLTZ et al., Appellants. (H) DONALD J. GRUNDER, Appellant, v. PREMIER INDUSTRIAL CORP., Respondent.— [In each action.] Appeal dismissed unless records and briefs are filed on or before November 2, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term of court.

■ SAMUEL D. BIERMAN, Appellant, v. NEWTON D. BARTLE, as Trustee, Respondent.— Appeal dismissed unless records and briefs are filed on or before November 10, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeals are to be argued at November 1960 Term of court.

■ (A) MORRIS BERMAN, Appellant, v. CITY OF SYRACUSE, Respondent. (B) ANTHONY BUCCI et al., Appellants, v. S. J. GROVES & SONS, INC., Respondent.— Motion granted to prosecute appeal on original and five typewritten copies of record, five typewritten briefs, and otherwise denied.

■ BERNICE GARZONE, Respondent, v. ROSE M. IOCONA et al., Appellants.— Motion granted and time for filing and serving records and briefs on appeal extended to October 20, 1960.

■ In the Matter of ROSE PATANZO, as Executrix, Respondent-Appellant. REGINA K. HANEY, Appellant-Respondent; LOUIS F. HANEY, Respondent-Appellant.— Appeal dismissed unless records and briefs are filed and served on or before November 28, 1960.

■ MARK KYLER, Respondent, v. UNITED STATES TROTTING ASSOC., Appellant.—Motion granted and order dismissing appeal vacated, and appeal added to calendar of October 1960 Term.

■ In the Matter of FRANK J. LUCHOWSKI, Appellant, v. JAMES R. LAWLEY et al., as Commissioners of Election, Respondents.— Motion granted to prosecute appeal on original record, five typewritten copies of briefs and case added to calendar for argument on October 18, 1960. (Order entered Oct. 18, 1960.)

■ WALTER J. MILLIGAN, JR., Respondent, v. JOHN L. CANFIELD, Appellant.— Motion granted and time for filing and serving records and briefs extended to November 2, 1960. Respondent's brief must be filed on or before November 17, 1960 if appeal is to be argued at November 1960 Term of court.

■ HENRY OTT, Plaintiff, v. JACK HARRINGTON et al., Defendants.— Appeal dismissed unless records and briefs are filed and served on or before November 21, 1960.

■ In the Matter of DOROTHY RIZZO, Respondent, v. NEWTON P. RIZZO, Appellant.— Motion granted and time for filing brief extended on condition that such brief is filed on or before November 10, 1960, and time for argument of appeal extended to November 1960 Term of court.

■ (A) MARY DISPENZA et al., Appellants, v. B. FORMAN Co. et al., Respondents. (B) HARRIET SCHMID, Appellant, v. NIAGARA MOHAWK POWER CORP., Respondent. (C) ROSEMARY THUMAN, Appellant, v. JAMES THUMAN, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ RUDOLPH S. WEINSTEIN, Plaintiff, v. JOHN C. OGAREK, as Mayor of the City of Lackawanna, et al., Defendants.— Motion granted and appeal dismissed, without costs.